Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE:

MONICA SHERE SELF

CASE NO: 10-10346-RLJ-13
HEARING DATE: 7/6/2011
HEARING TIME: 11:00 AM

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)**

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Plan Modification (if required) in accordance with Bankruptcy Rule 3007 and General Order 2010-01 and would respectfully show unto to the Court as follows:

**I.**
**OBJECTION -- NO PROOF OF CLAIM FILED**

The following creditors were scheduled by the Debtor(s). No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a). The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. Therefore the claims should be DISALLOWED.

| Trustee Clm# | Creditor Name | Scheduled Amount | Trustee Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 009 0 U | AUDIT SYSTEMS INC | $310.00 | 011 0 U | CITIZENS EMERGENCY | $912.00 |
| 013 0 U | CMRE FINANCIAL SERVICES INC | $109.00 | 015 0 U | CREDIT SYSTEMS INTERNATIONAL INC | $286.00 |
| 017 0 U | HSBC | $4,274.00 | 025 0 U | ROAD LOANS.COM | $10.00 |
| 029 0 U | WEST CENTRAL TEXAS COLLECTION BUREAU | $199.00 | 031 0 U | YNG & YNG | $392.00 |
| 033 0 U | ACADIA HOSPITAL | $462.40 | 034 0 U | WFNNB/BEALLS | $100.00 |

**II.**
**SPECIFIC OBJECTIONS**

No Objections

**III.**
**TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS**

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount | Value | % | Term | Paid / Treated |
|---|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | | |
| 010 0 | COUNTY OF CALLAHAN | 2010 PROPERTY TAXES | $2,771.40 | $121,690.00 | | | PD DIRECT BY DEBTOR |
| 026 0 | SANTANDER CONSUMER USA | 2004 CTS CADILLAC | $16,779.23 | $15,936.00 | 10.00% | 56 | $394.48 PAID BY TRUSTE |
| 030 0 | WELLS FARGO FINANCIAL TEXAS INC | HOME ARREARS THRU 10-2010 | $5,400.09 | $121,690.00 | 10.00% | 56 | $125.03 PAID BY TRUSTE |
| 032 0 | WELLS FARGO FINANCIAL TEXAS INC | DIRECT PMTS BEIGN 11-2010 | $76,485.28 | $121,690.00 | | | PD DIRECT BY DEBTOR |
| 049 0 | WELLS FARGO FINANCIAL TEXAS INC | POST PETITION ARREARS FOR 11/10 THRU 2/11 | $3,470.00 | $3,470.00 | | 56 | $69.40 PAID BY TRUSTE |

**UNSECURED GENERAL CREDITORS**

| Trustee Clm# | Creditor Name | Claim Amount | Trustee Clm# | Creditor Name | Claim Amount |
|---|---|---|---|---|---|
| 014 0 U | LVNV FUNDING | $1,235.70 | 016 0 U | PREMIER BANKCARD /CHARTER | $451.61 |
| | PURCHASES | | | PURCHASES | |
| 020 0 U | LVNV FUNDING | $946.03 | 026 1 U | SANTANDER CONSUMER USA | $843.23 |
| | SERVICES | | | SPLIT CLAIM/2004 CADILLAC | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 027 0 U | | HENDRICK MEDICAL CENTER | $7,052.56 | 042 0 U | * | ASSET ACCEPTANCE LLC | $2,250.98 |
| | | *MEDICAL SERVICES/HENDRICK MEDICAL CENTER* | | | | *PURCHASES/TARGET* | |
| | | | | | | *Not provided for in confirmed plan.* | |
| 043 0 U | * | ASSET ACCEPTANCE LLC | $2,766.93 | 044 0 U | * | RJM ACQ LLC | $600.71 |
| | | *PURCHASES/WFNNB BEALLS* | | | | *OVERDRAFT BALANCE DUE* | |
| | | *Not provided for in confirmed plan.* | | | | *Not provided for in confirmed plan.* | |
| 047 0 U | * | LVNV FUNDING | $92.09 | 048 0 U | * | LVNV FUNDING | $788.62 |
| | | *SERVICES/MCI COMMUNICATIONS* | | | | *SERVICES/SW BELL* | |
| | | *Not provided for in confirmed plan.* | | | | *Not provided for in confirmed plan.* | |

If the Trustee's recommendation concerning any claim differs from the amount indicated in a creditor's Proof of Claim, the recommendation is deemed an objection to such claim. Unless a timely reponse or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected creditor in the absence of a letter agreement between the Debtor and the affected creditor.

## IV.
## TRUSTEE'S PLAN MODIFICATION

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01 Section 8, the Trustee requests the following Modification of Debtor's(s') Confirmed Plan, subject to feasibility herein:

    No Modification Needed

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 7/6/2011 AT 11:00 AM CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (IF REQUIRED) (TRCC) AT THE FOLLOWING LOCATION:

VIDEO: US COURTHOUSE ROOM 2201, 3RD & PINE, ABILENE, TEXAS 79604

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT THE SAME LOCATION AT 8:30am. ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE. ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE. TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2010-01 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILL BE ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Notice of Hearing and Pre-Hearing Conference on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:   5/19/2011                                                              /s/ Walter O'Cheskey

                                                                                                                                         _____
                                                                                                                                         Walter O'Cheskey
                                                                                                                                         Chapter 13 Trustee

ABILENE DIAGNOSTIC CLINIC PO BOX 5409  ABILENE TX 79608
ACADIA HOSPITAL 1111 INDUSTRIAL BLVD #2  ABILENE TX 79602
ASSET ACCEPTANCE LLC PO BOX 2036  WARREN MI 48090
AUDIT SYSTEMS INC 3696 ULMERTON RD  CLEARWATER FL 33762
CALLAHAN COUNTY TAX ASSESSOR 100 W 4TH STE 101  BAIRD TX 79504
CITIZENS EMERGENCY 1175 N MAIN  BOERNE TX 78006
CLINICAL PATHOLOGY ASSOCIATES PO BOX 3138  ABILENE TX 79604
CMRE FINANCIAL SERVICES INC 3075 E IMPERIAL HWY STE 200  BREA CA 92821
COUNTY OF CALLAHAN C/O MCCREARY VESELKA BRAGG & ALLEN PO BOX 1269 ROUND ROCK TX 78680
CREDIT ONE BANK PO BOX 98875  LAS VEGAS NV 89193
CREDIT SYSTEMS INTERNATIONAL INC 1277 COUNTRY CLUB LANE  FORT WORTH TX 76112
DELVIN NAYLOR & TURBYFILL PLLC 4801 WOODWAY SUITE 420 WEST  HOUSTON TX 77056
FIRST PREMIER BANK 3820 N LOUISE AVE  SIOUX FALLS SD 57107
HENDRICK MEDICAL CENTER COLLECTION DEPARTMENT 1900 PINE STREET ABILENE TX 79601
HSBC ATTN  BANKRUPTCY DEPARTMENT PO BOX 5213 CAROL STREAM IL 60197
IMAGING ASSOCIATES OF ABILENE 4349 S TREADAWAY  ABILENE TX 79602
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
LVNV FUNDING C/O RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE SC 29603
MCCREARY VESELKA BRAGG & ALLEN PO BOX 1269  ROUND ROCK TX 78680
MICHAEL REED MCCREAY VESELKA ET AL PO BOX 1269 ROUND ROCK TX 78680
MICHAEL REED OR LEE GORDON PO BOX 1269  ROUND ROCK TX 78680
MONICA SHERE SELF 2526 FRAN CIRCLE  CLYDE TX 79510
MONTE J WHITE & ASSOCIATES PC ATTORNEY AT LAW ABILENE 402 CYPRESS SUITE 310 ABILENE TX 79601
OREGON DEPARTMENT OF TRANSPORTATION COLLECTION UNIT 550 CAPITOL STREET  NE SALEM OR 97301
PREMIER BANKCARD /CHARTER PO BOX 2208  VACAVILLE CA 95696
RADIOLOGY ASSOCIATES OF ABILENE PO BOX 2898  ABILENE TX 79604
RJM ACQ LLC 575 UNDERHILL BLVD SUITE 224  SYOSSETT NY 11791
ROAD LOANS.COM 5201 RUFE SNOW DRIVE #400  NORTH RICHARD HILLS TX 76180
SANDTANDER CONSUMER USA 8585 N STEMONS FWY STE  DALLAS TX 75247
SANTANDER CONSUMER USA PO BOX 560284  DALLAS TX 75356
SERVICE BUREAU INC 2705 81ST STREET  LUBBOCK TX 79423
TEXAS MIDWEST ER PHYSICIANS PO BOX 676240  DALLAS TX 75267
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
WELLS FARGO BANK NA 4137 121ST STREET  URBANDALE IA 50323
WELLS FARGO FINANCIAL TEXAS INC 4137 121ST STREET  URBANDALE IA 50323
WEST CENTRAL TEXAS COLLECTION BUREAU PO BOX 2586  ABILENE TX 79604
WFFINANCIAL 800 WALNUT ST  DES MOINES IA 50309
WFNNB/BEALLS PO BOX 2974  MISSION KS 66201
WILLIAM T NEARY UNITED STATES TRUSTEE 1100 COMMERCE STREET RM 976 DALLAS TX 75242
YNG & YNG PO BOX 891738  OKLAHOMA CITY OK 73189